UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROGER BITTINGER and<br>LILIAN BITTINGER, | :<br>:<br>: | Civil Action No. 14-1255 |
| Plaintiffs | :<br>: | |
| v. | :<br>: | |
| WELLS FARGO, N.A. and NATIONAL<br>FIELD REPRESENTATIVES, INC. | :<br>:<br>: | |
| Defendant | : | NOVEMBER 21, 2017 |

**ASSENTED TO JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

Pursuant to Local Rule 7(b), the Plaintiffs in the above matter, Lilian and Roger Bittinger, hereby file this motion to extend the scheduling order. The Plaintiffs offer the following in support of this motion:

1. There is good cause to grant this extension. The Parties have dutifully engaged in discovery, including multiple conferences, depositions and exchanged supplemental responses. However, there are still several unresolved discovery matters that need to be resolved in order for the discovery phase to be completed in this matter. They include,

a. Completing the deposition of a representative Wells Fargo, whose deposition was initially noticed on October 27, 2017 for November 2, 2017, but has yet to be renoticed, in part due to the logistics of bringing Wells Fargo's representative to Connecticut, rather than conducting his deposition within 100 miles of his residence and/or place of business in Des Moines, Iowa. Counsel are working with one another to secure a date, and it is tentatively set for December 19th, but it has not yet been confirmed.

b. Finishing the deposition(s) of representatives from National Field Representatives ("NFR"). On November 6, 2017, the Plaintiffs noticed the deposition of NFR pursuant to a Federal Rule of Civil Procedure 30(b)(6) for November 16, 2017. NFR produced Henry Cossingham as its corporate designee. Plaintiffs contend that Mr. Cossingham was unable to respond to certain material topics designated in the Notice of Deposition. Plaintiffs would like the opportunity to determine whether (upon review of the transcript, which has not yet been completed) another deposition of a NFR representative is necessary.

c. Completing written discovery. The Parties have been collaborating diligently to complete production turnover, including the resolution of discovery disputes over redacted documents sent by both Defendants to the Plaintiffs in this matter. On November 13, 2017, Wells Fargo produced an additional 795 pages of discovery under the protective order entered by the Court that same date. Portions of Wells Fargo's most recent supplemental production were redacted. Plaintiffs contend that certain of the Defendants' redacted documents are material to their claims, and seek to resolve these disputes with the Defendants. Wells Fargo plans to provide Plaintiffs' with a privilege log on or before Monday, November 27, 2017.

2. In addition to this, the instant matter is unique in that there is companion case in Connecticut Superior Court against the subcontractor of NFR , <u>Bittinger, et al. v. Home Team</u>, Docket No.: KNL-CV16-6026330S, that involves the same facts as this matter. The parties in both matters have agreed to a global mediation of both cases with Judge Salvatore Agati on December 1, 2018, in an effort to resolve all claims. Mindful of both litigation costs and the

2

GERAGHTY & BONNANO, LLC  •  ATTORNEYS AT LAW
38 GRANIITE STREET PO BOX 231, NEW LONDON, CONNECTICUT 06320  •  (860) 447-8077  •  JURIS #425524

Courts' busy docket and limited judicial resources, the Parties have conferred and have agreed to attempt to resolve both matters through mediation under the auspices of Judge Salvatore Agati of the Connecticut Superior Court, prior to engaging in dispositive motion practice. This extension will assist in allowing the mediation to occur, and if not successful, allow the completion of the final outstanding discovery issues.

3. Therefore, the Parties seek a 60 day extension as follows:

> Discovery due by January 21, 2018
>
> Dispositive Motions due by February 21, 2018
>
> Trial Brief due by February 21, 2018
>
> Trial Ready Date March 2018

Dated at New London, Connecticut this 21st day of November , 2017.

> PLAINTIFFS, ROGER BITTINGER and
> LILIAN BITTINGER
>
> By:     /s/
> MICHAEL S. BONNANO, Esq.,
> GERAGHTY & BONNANO, LLC
> 38 Granite Street,  P. O. Box 231
> New London, CT 06320
> (860) 447-8077 / Fax (860) 447-9833
> (Federal ID #Ct25847)
> Attorney for ROGER BITTINGER and
> LILIAN BITTINGER

<u>CERTIFICATE OF MAILING</u>

The undersigned hereby certifies that on the 21ST day of November, 2017 a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this fling through the court's CM/ECF System.

        /s/
MICHAEL S. BONNANO, Esq.
GERAGHTY & BONNANO, LLC
38 Granite Street, P. O. Box 231
New London, CT 06320
(860) 447-8077/Facsimile (860) 447-9833
(Federal ID #Ct25847)

4

GERAGHTY & BONNANO, LLC  •  ATTORNEYS AT LAW
38 GRANIITE STREET PO BOX 231, NEW LONDON, CONNECTICUT 06320  •  (860) 447-8077  •  JURIS #425524